IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

### AMENDED INACTIVE DOCKET ORDER
### (Amends Inactive Docket Order ECF No. 4783)

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed that the cases should be removed from the active docket. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or before May 31, 2018; if dismissal orders are not submitted by May 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

---

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any American Medical Systems, Inc. entities.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement supported by affidavit from the plaintiff.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 4804.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-14038 | Lisa A. Flotow v. American Medical Systems, Inc. |
| 2:13-cv-14039 | Laura Ojeda-Dellutri, Schon Ojeda v. American Medical Systems, Inc. |
| 2:13-cv-14040 | Cheryl Stuerke, Randall Stuerke v. American Medical Systems, Inc. |
| 2:13-cv-14193 | Simone Goelz, James Goelz v. American Medical Systems, Inc. |
| 2:13-cv-14195 | Bette Jo Lawson, Patrick Lawson v. American Medical Systems, Inc. |
| 2:13-cv-14199 | Diane Lozano, Jaime Lozano v. American Medical Systems, Inc. |
| 2:13-cv-14200 | Pamela R. McKinney v. American Medical Systems, Inc. |
| 2:13-cv-14202 | Marian Miller, Donald Miller v. American Medical Systems, Inc. |
| 2:13-cv-14203 | Tina Seman, Rick Seman v. American Medical Systems, Inc. |
| 2:13-cv-14218 | Laura Inestroza, Paul Inestroza v. American Medical Systems, Inc. |
| 2:13-cv-14219 | Crystal McCorvey v. American Medical Systems, Inc. |
| 2:13-cv-14220 | Ruth McKeown v. American Medical Systems, Inc. |
| 2:13-cv-14221 | Sherrie Monticello, Richard Monticello v. American Medical Systems, Inc. |
| 2:13-cv-14258 | Myra Todd v. American Medical Systems, Inc. |
| 2:13-cv-14259 | Tiffany Freda, Dustin Freda v. American Medical Systems, Inc. |
| 2:13-cv-14280 | Cheryl Pruitt, Jack Pruitt v. American Medical Systems, Inc. |
| 2:13-cv-14281 | Bonnie Locy v. American Medical Systems, Inc. |
| 2:13-cv-14282 | Elva Maddock v. American Medical Systems, Inc. |
| 2:13-cv-14316 | Betty Seibert v. American Medical Systems, Inc. |
| 2:13-cv-14466 | Eugenia Rene Smith v. American Medical Systems, Inc. |
| 2:13-cv-14468 | Janice Lynn Orkfritz, William Orkfritz v. American Medical Systems, Inc. |
| 2:13-cv-14469 | Joan Kay Stevens, Philip Aubrey Stevens v. American Medical Systems, Inc. |
| 2:13-cv-14470 | Barbara C. Reed v. American Medical Systems, Inc. |
| 2:13-cv-14540 | Patricia Settlemires, Mike Settlemires v. American Medical Systems, Inc. |
| 2:13-cv-14542 | Kimberly Robinson, Damon Robinson v. American Medical Systems, Inc. |
| 2:13-cv-14543 | Milagros Lopez v. American Medical Systems, Inc. |
| 2:13-cv-14657 | Kathleen Stein, Robert Stein v. American Medical Systems, Inc. |
| 2:13-cv-14670 | Renee Douglas, James Douglas v. American Medical Systems, Inc. |
| 2:13-cv-15048 | Peneloh Candice Ford v. American Medical Systems, Inc. |
| 2:13-cv-15049 | Marilyn Teal v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-cv-15050 | Josephine Schibilia, Grant Schibilia v. American Medical Systems, Inc. |
| 2:13-cv-15068 | Minnie Ortiz, Leroy Ortiz, Sr. v. American Medical Systems, Inc. |
| 2:13-cv-15078 | Patricia Al-Ghani, Rashad Al-Ghani v. American Medical Systems, Inc. |
| 2:13-cv-15094 | Liana Clevenger, John Clevenger v. American Medical Systems, Inc. |
| 2:13-cv-15095 | Linda McGuyer v. American Medical Systems, Inc. |
| 2:13-cv-15350 | Harriet Markham v. American Medical Systems, Inc. |
| 2:13-CV-15814 | Barbara L. Cochran v. American Medical Systems, Inc. |
| 2:13-cv-15818 | Peggy L. Hayes, Garold David Hayes, Jr. v. American Medical Systems, Inc. |
| 2:13-cv-15820 | Barbara Williamson v. American Medical Systems, Inc. |
| 2:13-cv-15898 | Susan Edrington v. American Medical Systems, Inc. |
| 2:13-cv-15980 | Gail Ann Thurow, Rick Thurow v. American Medical Systems, Inc. |
| 2:13-cv-16008 | Rebecca Busic v. American Medical Systems, Inc. |
| 2:13-cv-16009 | Sharon Conley, Robert Conley v. American Medical Systems, Inc. |
| 2:13-cv-16010 | Edna Day, Clarence Day v. American Medical Systems, Inc. |
| 2:13-cv-16011 | Stephanie Dierking v. American Medical Systems, Inc. |
| 2:13-cv-16012 | Hampton Mills-White, James White v. American Medical Systems, Inc. |
| 2:13-cv-16013 | Gabrielle Sargent, Bruce Sargent v. American Medical Systems, Inc. |
| 2:13-cv-16058 | Mary Hall v. American Medical Systems, Inc. |
| 2:13-cv-16071 | Kathryn Campos, John Campos v. American Medical Systems, Inc. |
| 2:13-cv-16072 | Karen Fredericks, Robert Blackmor v. American Medical Systems, Inc. |
| 2:13-cv-16073 | Tabatha Houck v. American Medical Systems, Inc. |
| 2:13-cv-16074 | Kelly Stinnett, David Stinnett v. American Medical Systems, Inc. |
| 2:13-cv-16075 | Lisa Whitt, David Whitt v. American Medical Systems, Inc. |
| 2:13-cv-16196 | Viola A. Belk v. American Medical Systems, Inc. |
| 2:13-cv-16475 | Christie Beatty, James Beatty v. American Medical Systems, Inc. |
| 2:13-cv-16476 | Helen Noack, Fred Noack v. American Medical Systems, Inc. |
| 2:13-cv-16477 | Carolyn Osborne v. American Medical Systems, Inc. |
| 2:13-cv-16479 | Cornelia Jaramillo, Orlando Jaramillo v. American Medical Systems, Inc. |
| 2:13-cv-16488 | Leisa Orcutt, Michael Butterfield v. American Medical Systems, Inc. |
| 2:13-cv-16489 | Holly Wood v. American Medical Systems, Inc. |
| 2:13-cv-16491 | Denise Bauer, Robert Bauer v. American Medical Systems, Inc. |
| 2:13-cv-16493 | Arlene Hogan, William Hogan v. American Medical Systems, Inc. |
| 2:13-cv-16496 | Aubrey Rauen, Gerald Rauen v. American Medical Systems, Inc. |
| 2:13-cv-16498 | Earlene Kirkpatrick v. American Medical Systems, Inc. |
| 2:13-cv-16500 | Brenda Pitchlyn-Boone, Moze Zell Boone, Sr. v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-cv-16501 | Shayna Humbert v. American Medical Systems, Inc. |
| 2:13-cv-16502 | Magali Diaz, Robert Diaz v. American Medical Systems, Inc. |
| 2:13-cv-16707 | Michelle Oliva v. American Medical Systems, Inc. |
| 2:13-cv-16721 | Jennifer Sian v. American Medical Systems, Inc. |
| 2:13-cv-16732 | Lataine Taylor, Frank Taylor v. American Medical Systems, Inc. |
| 2:13-cv-16840 | Therese Colucci, Larry Colucci v. American Medical Systems, Inc. |
| 2:13-cv-16841 | Barbara Hahn, Michael Hahn v. American Medical Systems, Inc. |
| 2:13-cv-16843 | Yvonne Jackson, Daniel Jackson v. American Medical Systems, Inc. |
| 2:13-cv-16846 | Carol Shugars v. American Medical Systems, Inc. |
| 2:13-cv-16848 | Angela Taylor v. American Medical Systems, Inc. |
| 2:13-cv-16850 | Adria Trahan v. American Medical Systems, Inc. |
| 2:13-cv-16851 | Susie Womack, Tony Womack v. American Medical Systems, Inc. |
| 2:13-cv-16982 | Monique Thompson v. American Medical Systems, Inc. |
| 2:13-cv-16984 | Dianne McDanell, Charles McDanell v. American Medical Systems, Inc. |
| 2:13-cv-16988 | Barbara Padgett v. American Medical Systems, Inc. |
| 2:13-cv-16992 | Linda Hathaway, John Hathaway v. American Medical Systems, Inc. |
| 2:13-cv-16994 | Loretta Efaw, James Efaw, Jr. v. American Medical Systems, Inc. |
| 2:13-cv-17611 | Janice Moreau v. American Medical Systems, Inc. |
| 2:13-cv-17612 | Sherry Moore, Arthur Moore v. American Medical Systems, Inc. |
| 2:13-cv-17613 | Barbara Quintana, Alex Quintana v. American Medical Systems, Inc. |
| 2:13-cv-17615 | Toni Williams v. American Medical Systems, Inc. |
| 2:13-cv-17616 | Marion Edgell, Ricky Edgell v. American Medical Systems, Inc. |
| 2:13-cv-17619 | Anitra Taylor v. American Medical Systems, Inc. |
| 2:13-cv-17658 | Irvanette Luanne Clymire v. American Medical Systems, Inc. |
| 2:13-cv-17660 | LaVonda Kelso v. American Medical Systems, Inc. |
| 2:13-cv-17664 | Lily Gregory, David Gregory v. American Medical Systems, Inc. |
| 2:13-cv-17665 | Terri Hershey, Lloyd Hershey v. American Medical Systems, Inc. |
| 2:13-cv-17669 | Sara Herr v. American Medical Systems, Inc. |
| 2:13-cv-17671 | Kathryn Carter v. American Medical Systems, Inc. |
| 2:13-cv-17672 | Tracie Carr, Joseph Carr v. American Medical Systems, Inc. |
| 2:13-cv-18006 | Judith Pigg, Dwayne Alliss v. American Medical Systems, Inc. |
| 2:13-cv-18205 | Rita Ramirez v. American Medical Systems, Inc. |
| 2:13-cv-18207 | Casey Lynn v. American Medical Systems, Inc. |
| 2:13-cv-18497 | Anna Lee, Jerry Lee v. American Medical Systems, Inc. |
| 2:13-cv-18499 | Patricia Leslie, Kent Leslie v. American Medical Systems, Inc. |
| 2:13-cv-18506 | Nicole Revoir v. American Medical Systems, Inc. |
| 2:13-cv-18594 | Wilma Cole v. American Medical Systems, Inc. |
| 2:13-cv-18599 | Patricia Kennedy v. American Medical Systems, Inc. |
| 2:13-cv-18600 | Carole Schumacher v. American Medical Systems, Inc. |
| 2:13-cv-18744 | Janie Harris v. American Medical Systems, Inc. |

| 2:13-cv-18750 | MyRae Migliazzo, Sam Migliazzo v. American Medical Systems, Inc. |
|---|---|
| 2:13-cv-18822 | Frances Baggett v. American Medical Systems, Inc. |
| 2:13-cv-18829 | Mindie Payne v. American Medical Systems, Inc. |
| 2:13-cv-18832 | Viviana Torres v. American Medical Systems, Inc. |
| 2:13-cv-18835 | Kymberly Vega, Enrique Vega v. American Medical Systems, Inc. |
| 2:13-cv-19151 | Bridgid A. Mitchell, Marvin R. Mitchell v. American Medical Systems, Inc. |
| 2:13-cv-19344 | Jo Ann Bowman v. American Medical Systems, Inc. |
| 2:13-cv-19355 | Debra Castro v. American Medical Systems, Inc. |
| 2:13-cv-19358 | Robin Kasten, Carl Kasten v. American Medical Systems, Inc. |
| 2:13-cv-19367 | Mary Miller, Craig Miller v. American Medical Systems, Inc. |
| 2:13-cv-20063 | Terri Mintz, Jeff Mintz v. American Medical Systems, Inc. |
| 2:13-cv-20227 | Joy Brannon-Martin v. American Medical Systems, Inc. |
| 2:13-cv-20229 | Sylvia Padilla, Frank Padilla v. American Medical Systems, Inc. |
| 2:13-cv-20230 | Cathy Skinner, Jeffrey Skinner v. American Medical Systems, Inc. |
| 2:13-cv-20231 | Cheryl Uberman v. American Medical Systems, Inc. |
| 2:13-cv-20385 | Carol Clevenger v. American Medical Systems, Inc. |
| 2:13-cv-20386 | Cordie Gilmore, Carl Gilmore v. American Medical Systems, Inc. |
| 2:13-cv-20387 | Phyllis Jeansonne v. American Medical Systems, Inc. |
| 2:13-cv-20389 | Elena Mois v. American Medical Systems, Inc. |
| 2:13-cv-20390 | W. Jean Steele v. American Medical Systems, Inc. |
| 2:13-cv-20391 | Joan Wawrzynniak v. American Medical Systems, Inc. |
| 2:13-cv-20393 | Lynn Grampre v. American Medical Systems, Inc. |
| 2:13-cv-20826 | Kandice Barker v. American Medical Systems, Inc. |
| 2:13-cv-20827 | Andrea Book, Justin E. Book v. American Medical Systems, Inc. |
| 2:13-cv-20828 | Suzanne Bradford v. American Medical Systems, Inc. |
| 2:13-cv-20829 | Brenda Castillo-Rinaldi v. American Medical Systems, Inc. |
| 2:13-cv-20830 | Susan Gutierrez v. American Medical Systems, Inc. |
| 2:13-cv-20831 | Krysti Hummel, Jeffrey Hummel v. American Medical Systems, Inc. |
| 2:13-cv-20833 | Yvonna Khuri v. American Medical Systems, Inc. |
| 2:13-cv-20834 | Suzanne Koopman v. American Medical Systems, Inc. |
| 2:13-cv-20835 | Regina Llorence, Henry Llorence v. American Medical Systems, Inc. |
| 2:13-cv-20836 | Nancy Morgan, Larry Morgan v. American Medical Systems, Inc. |
| 2:13-cv-20837 | Elizabeth Rasmussen v. American Medical Systems, Inc. |
| 2:13-cv-20838 | Linda Scoles, Larry Scoles v. American Medical Systems, Inc. |
| 2:13-cv-20839 | Katie Worley, Joseph Worley v. American Medical Systems, Inc. |
| 2:13-cv-21344 | Brenda Dunn v. American Medical Systems, Inc. |
| 2:13-cv-21515 | Denise Colwell, Clayton Colwell v. American Medical Systems, Inc. |
| 2:13-cv-21516 | Treva Fletcher v. American Medical Systems, Inc. |
| 2:13-cv-21517 | Theresa Green v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-cv-21518 | Sharon Cooley, Jerry Cooley v. American Medical Systems, Inc. |
| 2:13-cv-21519 | Selene Barragan, Roberto Barragan v. American Medical Systems, Inc. |
| 2:13-cv-21520 | Emily Keen v. American Medical Systems, Inc. |
| 2:13-cv-21521 | Sheila Miller v. American Medical Systems, Inc. |
| 2:13-cv-21531 | Colleen James, Larry James v. American Medical Systems, Inc. |
| 2:13-cv-21601 | Monica Fowler, John Fowler v. American Medical Systems, Inc. |
| 2:13-cv-21712 | Yolanda Gardner, Francis Cowley v. American Medical Systems, Inc. |
| 2:13-cv-21719 | Donna Conti, Thomas G. Smith v. American Medical Systems, Inc. |
| 2:13-cv-21751 | Patricia Ashlock v. American Medical Systems, Inc. |
| 2:13-cv-21754 | Kandi Rademaker v. American Medical Systems, Inc. |
| 2:13-cv-21755 | Yvonne Spencer, John E. Spencer v. American Medical Systems, Inc. |
| 2:13-cv-21802 | Sara Ebner, John Ebner v. American Medical Systems, Inc. |
| 2:13-cv-21803 | Leoma Rust v. American Medical Systems, Inc. |
| 2:13-cv-21808 | Lynda Duffy, Michael Duffy v. American Medical Systems, Inc. |
| 2:13-cv-21834 | Gloria Hogan v. American Medical Systems, Inc. |
| 2:13-cv-23365 | Nancy Vongphasouk v. American Medical Systems, Inc. |
| 2:13-cv-23424 | Aaron Eisenhour, Individually and Aaron Eisenhour, as Personal Representative of the Estate of Katherine Eisenhour v. American Medical Systems, Inc. |
| 2:13-cv-23426 | Gwendolyn C. Wright, Steven McKay Wright v. American Medical Systems, Inc. |
| 2:13-cv-23481 | Sharon Barela v. American Medical Systems, Inc. |
| 2:13-cv-23574 | Janet Goff v. American Medical Systems, Inc. |
| 2:13-cv-23576 | Cornelia Brown, Timothy Brown v. American Medical Systems, Inc. |
| 2:13-cv-23579 | Susan Maki v. American Medical Systems, Inc. |
| 2:13-cv-23644 | Susan Orr v. American Medical Systems, Inc. |
| 2:13-cv-23647 | Shelley Danner v. American Medical Systems, Inc. |
| 2:13-cv-23649 | Sylvia Mills, Perry Mills v. American Medical Systems, Inc. |
| 2:13-cv-23650 | Patricia Hockersmith v. American Medical Systems, Inc. |
| 2:13-cv-23653 | Wilma Marlow, Richard Marlow v. American Medical Systems, Inc. |
| 2:13-cv-23655 | Carlotta Leachman v. American Medical Systems, Inc. |
| 2:13-cv-23659 | Sheila Baldwin v. American Medical Systems, Inc. |
| 2:13-cv-23660 | Tammy Coursey v. American Medical Systems, Inc. |
| 2:13-cv-23792 | Sharon Bradford v. American Medical Systems, Inc. |
| 2:13-cv-23802 | Judith Vick v. American Medical Systems, Inc. |
| 2:13-cv-24048 | Julie Mondragon v. American Medical Systems, Inc. |
| 2:13-cv-24049 | Bonnie Johnson v. American Medical Systems, Inc. |
| 2:13-cv-24091 | Kelly Antola, Philip Antola v. American Medical Systems, Inc. |
| 2:13-cv-25099 | Loretta Chavez, Pete Chavez v. American Medical Systems, Inc. |
| 2:13-cv-25291 | Judith Woodham v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-cv-25293 | Sheila Chastan v. American Medical Systems, Inc. |
| 2:13-cv-25342 | Charlotte Ann Evans v. American Medical Systems, Inc. |
| 2:13-cv-25343 | Geraldine Blalock, Danny Blalock v. American Medical Systems, Inc. |
| 2:13-cv-25807 | Rose Callaway, Tim Callaway v. American Medical Systems, Inc. |
| 2:13-cv-25808 | Emma Marquez v. American Medical Systems, Inc. |
| 2:13-cv-25938 | Desirae Roberts v. American Medical Systems, Inc. |
| 2:13-cv-25939 | DiAngela Sadler v. American Medical Systems, Inc. |
| 2:13-cv-26020 | Monica Mosley-Johnson v. American Medical Systems, Inc. |
| 2:13-cv-26021 | Janice Reeves v. American Medical Systems, Inc. |
| 2:13-cv-26022 | Jeanette Jeno, Jason Jeno v. American Medical Systems, Inc. |
| 2:13-cv-26025 | Deborah Blihar v. American Medical Systems, Inc. |
| 2:13-cv-26405 | Michele Lloyd v. American Medical Systems, Inc. |
| 2:13-cv-26406 | Nancy Maestas v. American Medical Systems, Inc. |
| 2:13-cv-27190 | Jennifer Toler v. American Medical Systems, Inc. |
| 2:13-cv-27192 | Nicole Smith v. American Medical Systems, Inc. |
| 2:13-cv-27196 | Eleanor Damico v. American Medical Systems, Inc. |
| 2:13-cv-28023 | Carrie Abernethy, Mark Babij v. American Medical Systems, Inc. |