# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:11−cv−01475−KJD −CWH

Erwin et al v. American Medical Systems, Inc. et al
Assigned to: Judge Kent J. Dawson
Referred to: Magistrate Judge Carl W. Hoffman
Case in other court: District Court of Clark County, Nevada, 11−A647041−C
Cause: 28:1446 Petition for Removal

Date Filed: 09/13/2011
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Connie Erwin** represented by

**Darius Rafie**
Mortenson &Rafie, LLP
10781 West Twain Avenue
Las Vegas, NV 89135
702−363−4190
Fax: 702−363−4107
Email: cmcorwin@nvlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M. Peck**
Mortenson &Rafie, LLP
10781 West Twain Avenue
Las Vegas, Ne 89135
702−363−4190
Fax: 702−363−4107
Email: cmcorwin@nvlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Mortenson**
Mortenson &Rafie
10781 West Twain Avenue
Las Vegas, NV 89135
Email: cmcorwin@nvlaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Erwin** represented by

**Darius Rafie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M. Peck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter B. Mortenson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Medical Systems, Inc.** represented by

**Eric W. Swanis**
Greenberg Traurig

3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
702−792−3773
Fax: 702−792−9002
Email: swanise@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara B. Hendricks**
Greenberg Traurig LLP
3773 Howard Hughes Parkway
Suite 500 North
LAS VEGAS, NV 89169
702−792−3773
Fax: 702−792−9002
Email: hendricksk@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori G. Cohen**
Greenberg Traurig LLP
3290 Northside Parkway
Atlanta, GA 30327
678−553−2385
Fax: 678−553−5386
Email: cohenl@gtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip M. Hymanson**
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy, Suite 500 North
Las Vegas, NV 89169
702−792−3773
Fax: 702−792−9002
Email: hymansonp@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael S. Kaplan, M.D.** represented by **Patricia E. Daehnke**
Bonne, Bridges, Mueller. O'Keefe &Nichols
3441 S. Eastern Ave., Ste 402
Las Vegas, NV 89106
(702) 383−9888
Fax: 702−383−9882
Email: pdaehnke@bonnebridges.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda K Rurangirwa**
Bonne Bridges Mueller O'Keefe and Nichols
3441 S. Eastern Ave
Las Vegas, NV 89169
702−383−9888
Fax: 702−383−9882
Email: lrurangirwa@bonnebridges.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Catholic Healthcare West** represented by **Keith A. Weaver**
Lewis Brisbois Bisgaard &Smith
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
702−893−3383
Fax: 702−893−3789
Email: WEAVER@LBBSLAW.COM
*ATTORNEY TO BE NOTICED*

**V. Andrew Cass**
Lewis Brisbois Bisgaard &Smith, LLP
6385 South Rainbow Boulevard
Suite 600
Las Vegas, NV 89118
Email: cass@lbbslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2011 | 1 | PETITION FOR REMOVAL from District Court of Clark County, Nevada, Case Number 11−A−647041−C, (Filing fee $ 350 receipt number 0978−2114842), filed by American Medical Systems, Inc., Catholic Healthcare West. Certificate of Interested Parties due by 9/23/2011. (Attachments: # 1 Exhibit A through G, # 2 Civil Cover Sheet) (Swanis, Eric) (Entered: 09/13/2011) |
| 09/13/2011 | | Case assigned to Judge Kent J. Dawson and Magistrate Judge Carl W. Hoffman. (EDS) (Entered: 09/13/2011) |
| 09/13/2011 | 2 | NOTICE PURSUANT TO LOCAL RULE IB 2−2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference − Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website − www.nvd.uscourts.gov. **Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. **(no image attached)** (EDS) (Entered: 09/13/2011) |
| 09/13/2011 | 3 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Kent J. Dawson, on 9/13/2011. By Deputy Clerk: Erin Smith. Statement regarding removed action is due by 10/1/2011. Joint Status Report regarding removed action is due by 10/16/2011. (Copies have been distributed pursuant to the NEF − EDS) (Entered: 09/13/2011) |
| 09/20/2011 | 4 | MOTION to Dismiss by Defendant Catholic Healthcare West. Responses due by 10/7/2011. (Cass, V.) (Entered: 09/20/2011) |
| 09/20/2011 | 5 | MOTION to Dismiss *American Medical Systems, Inc.'s Motion to Dismiss* by Defendant American Medical Systems, Inc.. Responses due by 10/7/2011. (Attachments: # 1 Exhibit A)(Swanis, Eric) (Entered: 09/20/2011) |
| 09/20/2011 | 6 | MOTION to Dismiss by Defendant Catholic Healthcare West. Responses due by 10/7/2011. (Cass, V.) (Entered: 09/20/2011) |
| 09/20/2011 | 7 | ANSWER to Complaint filed by Michael S. Kaplan, M.D.. Certificate of Interested Parties due by 9/30/2011. Discovery Plan/Scheduling Order due by 11/4/2011.(Daehnke, Patricia) (Entered: 09/20/2011) |
| 09/20/2011 | 8 | CERTIFICATE of Interested Parties filed by Michael S. Kaplan, M.D. that identifies all parties that have an interest in the outcome of this case.. (Daehnke, Patricia) (Entered: 09/20/2011) |
| 09/21/2011 | 9 | CERTIFICATE of Interested Parties filed by American Medical Systems, Inc. that identifies all parties that have an interest in the outcome of this case. Corporate Parent Endo Pharmaceuticals Holdings, Inc., Other Affiliate Endo Pharmaceuticals Inc. for American Medical Systems, Inc. added. *American Medical Systems, Inc. Certificate of Interested Parties*. (Swanis, Eric) (Entered: 09/21/2011) |

| | | |
|---|---|---|
| 09/21/2011 | 10 | CERTIFICATE of Interested Parties filed by Catholic Healthcare West that identifies all parties that have an interest in the outcome of this case.. (Cass, V.) (Entered: 09/21/2011) |
| 09/22/2011 | 11 | DEMAND for Trial by Jury by Defendant Michael S. Kaplan, M.D.. (Daehnke, Patricia) (Entered: 09/22/2011) |
| 09/22/2011 | 12 | DEMAND for Trial by Jury by Defendant Catholic Healthcare West. (Cass, V.) (Entered: 09/22/2011) |
| 09/27/2011 | 13 | DEMAND for Trial by Jury by Defendant American Medical Systems, Inc. *American Medical Systems, Inc.'s Demand for Jury Trial*. (Swanis, Eric) (Entered: 09/27/2011) |
| 09/27/2011 | 14 | CERTIFICATE OF SERVICE for Minutes of the Court by Defendant American Medical Systems, Inc. re 3 Minute Order re Removal,. (Swanis, Eric) (Entered: 09/27/2011) |
| 09/27/2011 | 15 | STATEMENT RE: REMOVAL *American Medical Systems, Inc. and Catholic Healthcare West's Joint Statement of Removal* filed by Defendants American Medical Systems, Inc., Catholic Healthcare West. (Attachments: # 1 Exhibit A through E)(Swanis, Eric) (Entered: 09/27/2011) |
| 10/03/2011 | 16 | CERTIFICATE of Interested Parties filed by Connie Erwin, David Erwin. There are no known interested parties other than those participating in the case. (Rafie, Darius) (Entered: 10/03/2011) |
| 10/03/2011 | 17 | MOTION to Remand to State Court by Plaintiffs Connie Erwin, David Erwin. Responses due by 10/20/2011. (Rafie, Darius) (Entered: 10/03/2011) |
| 10/06/2011 | 18 | RESPONSE to 5 MOTION to Dismiss *American Medical Systems, Inc.'s Motion to Dismiss*, filed by Plaintiffs Connie Erwin, David Erwin. Replies due by 10/16/2011. (Rafie, Darius) (Entered: 10/06/2011) |
| 10/06/2011 | 19 | RESPONSE to 4 MOTION to Dismiss, 6 MOTION to Dismiss, filed by Plaintiffs Connie Erwin, David Erwin. Replies due by 10/16/2011. (Rafie, Darius) (Entered: 10/06/2011) |
| 10/06/2011 | 20 | MOTION to Dismiss *plaintiffs' complaint* by Defendant Michael S. Kaplan, M.D.. Responses due by 10/23/2011. (Daehnke, Patricia) (Entered: 10/06/2011) |
| 10/13/2011 | 21 | Joint STATUS REPORT by Defendants American Medical Systems, Inc., Catholic Healthcare West, Michael S. Kaplan, M.D., Plaintiffs Connie Erwin, David Erwin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Swanis, Eric) (Entered: 10/13/2011) |
| 10/13/2011 | 22 | REPLY to Response to 4 MOTION to Dismiss, 6 MOTION to Dismiss ; filed by Defendant Catholic Healthcare West. *Defendant Catholic Healthcare West's Reply In Support Of Its Motion To Dismiss* (Cass, V.) (Entered: 10/13/2011) |
| 10/14/2011 | 23 | REPLY to Response to 5 MOTION to Dismiss *American Medical Systems, Inc.'s Motion to Dismiss* ; filed by Defendant American Medical Systems, Inc.. (Swanis, Eric). (Entered: 10/14/2011) |
| 10/19/2011 | 24 | RESPONSE to 17 MOTION to Remand to State Court, filed by Defendant American Medical Systems, Inc.. *American Medical Systems, Inc.'s Response in Opposition to Motion to Remand* Replies due by 10/29/2011. (Swanis, Eric) (Entered: 10/19/2011) |
| 10/20/2011 | 25 | RESPONSE to 20 MOTION to Dismiss *plaintiffs' complaint*, filed by Plaintiffs Connie Erwin, David Erwin. Replies due by 10/30/2011. (Rafie, Darius) (Entered: 10/20/2011) |
| 10/20/2011 | 26 | JOINDER to Response to 17 MOTION to Remand; filed by Defendant Catholic Healthcare West. (Cass, V.) Docket entry relationship added on 11/8/2011. (MJZ) (Entered: 10/20/2011) |
| 10/25/2011 | 27 | REPLY to Response to 17 MOTION to Remand to State Court ; filed by Plaintiffs Connie Erwin, David Erwin. (Rafie, Darius) (Entered: 10/25/2011) |

| | | |
|---|---|---|
| 10/27/2011 | 28 | REPLY to Response to 20 MOTION to Dismiss *plaintiffs' complaint* ; filed by Defendant Michael S. Kaplan, M.D.. (Rurangirwa, Linda) (Entered: 10/27/2011) |
| 11/03/2011 | 29 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Lori G. Cohen and DESIGNATION of Local Counsel Philip M. Hymanson (Filing fee $ 200 receipt number 0978−2172096) filed by Defendant American Medical Systems, Inc.. Motion ripe 11/3/2011. (Hymanson, Philip) (Entered: 11/03/2011) |
| 11/07/2011 | 30 | ORDER Granting 29 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Lori G. Cohen and approving Attorney Philip M. Hymanson as Designation of Local Counsel for American Medical Systems, Inc. Signed by Judge Kent J. Dawson on 11/4/11.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF − EDS) (Entered: 11/07/2011) |
| 11/09/2011 | 31 | PROPOSED Discovery Plan/Scheduling Order filed by Plaintiffs Connie Erwin, David Erwin. (Rafie, Darius) (Entered: 11/09/2011) |
| 11/14/2011 | 32 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Carl W. Hoffman on 11/14/2011 by Deputy Clerk: Donna Smith.<br>RE: 31 Proposed Discovery Plan/Scheduling Order − A Telephonic Hearing is set for **Friday, December 9, 2011, at 1:30 PM** in LV Courtroom 3C before Magistrate Judge Carl W. Hoffman.<br><br>The parties are instructed to call telephone number: **(702) 868−4921, access code: 123456,** 5 minutes prior to the hearing time. The Court will join the call and convene the proceedings. The call *must* be made on a land line. **The use of a cell phone or speaker phone during the proceedings is prohibited.**<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF − DES) (Entered: 11/14/2011) |