# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2325

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

### ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2325, 2:12-md-2325 [Docket # 1579], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibits A-G, and American Medical Systems, Inc,. seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-G are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2325 and in the individual cases listed on the attached Exhibits A-G.

ENTER: April 22, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A - ANDRUS WAGSTAFF**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-04604 | JoAnn Hanks v. American Medical Systems, Inc. |
| 2:12-CV-05469 | Mae Williams Moore v. American Medical Systems, Inc. |
| 2:13-CV-03070 | Jennie Vogt v. American Medical Systems, Inc. |
| 2:13-CV-03165 | Ellen Anderson v. American Medical Systems, Inc. |
| 2:13-CV-04986 | Joan Horton, William Horton v. American Medical Systems, Inc. |
| 2:13-CV-05604 | Bettie Sacks v. American Medical Systems, Inc. |
| 2:13-CV-07634 | Rosa Mae Torres v. American Medical Systems, Inc. |
| 2:13-CV-08151 | Diane Mageo v. American Medical Systems, Inc. |
| 2:13-CV-08190 | Sharon Byerly, Lester Byerly v. American Medical Systems, Inc. |
| 2:13-CV-08866 | Holly Turner v. American Medical Systems, Inc. |
| 2:13-CV-09653 | Rita Fuller, Timm Fuller v. American Medical Systems, Inc. |
| 2:13-CV-24297 | Robbye Taylor v. American Medical Systems, Inc. |
| 2:14-CV-01896 | Carol Dykstra, Douglas Dykstra v. American Medical Systems, Inc. |
| 2:14-CV-02445 | Ivonne Bilbraut Martinez v. American Medical Systems, Inc. |

**EXHIBIT B - KELL LAMPIN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-28341 | Rotha Sue Phillips v. American Medical Systems, Inc. |
| 2:13-CV-31758 | Cathy Wynn v. American Medical Systems, Inc. |
| 2:14-CV-04969 | Gail Ezernack, Paul Ezernack Jr. v. American Medical Systems, Inc. |
| 2:14-CV-04974 | Carol Gillispie v. American Medical Systems, Inc. |
| 2:14-CV-00876 | Judith Kozminske v. American Medical Systems, Inc. |
| 2:14-CV-07146 | Nancy Counterman, Stephen Counterman v. American Medical Systems, Inc. |
| 2:14-CV-07148 | Linda Dorsey v. American Medical Systems, Inc. |
| 2:14-CV-07152 | Jean Dowd v. American Medical Systems, Inc. |
| 2:14-CV-11868 | Janice Carroll, James Carroll v. American Medical Systems, Inc. |
| 2:14-CV-11872 | Kathy Firey, Samuel Firey v. American Medical Systems, Inc. |
| 2:14-CV-12153 | Barbara Griffith, Ronald Griffith v. American Medical Systems, Inc. |
| 2:14-CV-12154 | Mariann Groshans, William Groshans v. American Medical Systems, Inc. |
| 2:14-CV-12158 | Ellen Kalista v. American Medical Systems, Inc. |
| 2:14-CV-12164 | Luz Davila v. American Medical Systems, Inc. |
| 2:14-CV-12166 | Marsha Fromang, Vernon Fromang v. American Medical Systems, Inc. |
| 2:14-CV-12742 | Mary Roberts v. American Medical Systems, Inc. |
| 2:14-CV-14149 | Judy Bryant v. American Medical Systems, Inc. |
| 2:14-CV-14659 | Loretta Zabowski, Mark Zabowski v. American Medical Systems, Inc. |
| 2:14-CV-16198 | Patricia Padgett v. American Medical Systems, Inc. |
| 2:14-CV-16611 | Roxanne Kowalczyk, Richard Kowalczyk v. American Medical Systems, Inc. |
| 2:14-CV-17042 | Ellen Briggs v. American Medical Systems, Inc. |
| 2:14-CV-18361 | Mary Noel, Scott Noel v. American Medical Systems, Inc. |
| 2:14-CV-18924 | Carol Kearns v. American Medical Systems, Inc. |

**EXHIBIT C - PROVOST UMPHREY LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-10952 | Lucille Lapaglia, Carl Lapaglia v. American Medical Systems, Inc. |
| 2:13-CV-12729 | Anita Breaux, Victor Breaux v. American Medical Systems, Inc. |
| 2:13-CV-15707 | Monica DeMore v. American Medical Systems, Inc. |

## EXHIBIT D - SIMMONS HANLY CONROY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-00561 | Diane E. Baker, Russell Baker v. American Medical Systems, Inc. |
| 2:13-CV-01884 | Sheryl S. Anderson v. American Medical Systems, Inc. |
| 2:13-CV-01886 | Malgorzata M. Buck, Kenneth Buck v. American Medical Systems, Inc. |
| 2:13-CV-05288 | Melissa Walsh-Smith v. American Medical Systems, Inc. |
| 2:13-CV-10048 | Rosalind Fennimore, William Quick v. American Medical Systems, Inc. |
| 2:13-CV-23108 | Naomi Thomas v. American Medical Systems, Inc. |
| 2:13-CV-23635 | Kathy King v. American Medical Systems, Inc. |
| 2:13-CV-24076 | Donna L. Francisco v. American Medical Systems, Inc. |

**EXHIBIT E - WATERS & KRAUS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-06717 | Betty J. Minniear v. American Medical Systems, Inc. |
| 2:13-CV-09117 | Jan C. Williams, William R. Williams v. American Medical Systems, Inc. |
| 2:13-CV-17341 | Dorothy J. Vario v. American Medical Systems, Inc. |
| 2:13-CV-25428 | Teresa Morgan v. American Medical Systems, Inc. |
| 2:13-CV-33069 | Leticia Gonzalez v. American Medical Systems, Inc. |
| 2:14-CV-02079 | Mary A. Anderson v. American Medical Systems, Inc. |

## EXHIBIT F - WEXLER WALLACE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-02257 | Denyse Dominguez, Steven Hampton v. American Medical Systems, Inc. |
| 2:14-CV-05227 | Lorna Busek, Kenneth Busek v. American Medical Systems, Inc. |
| 2:14-CV-15326 | Cyrol S. Mills, David C. Mills v. American Medical Systems, Inc. |
| 2:14-CV-17270 | Diane F. Riley, Joseph Riley v. American Medical Systems, Inc. |

**EXHIBIT G - WILSON LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-09087 | Mary L. Williams, Wylie R. Williams v. American Medical Systems, Inc. |
| 2:14-CV-14105 | Dawn Edwards v. American Medical Systems, Inc. |
| 2:14-CV-14108 | Joy L. West, Jerome F. West Jr. v. American Medical Systems, Inc. |