IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   AMERICAN MEDICAL SYSTEMS, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION

                                   MDL 2325

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The court has been advised by counsel that in the case(s) listed on the attached Exhibit A, the plaintiff(s) and American Medical Systems, Inc., ("AMS") have reached a settlement with regard to AMS.  The court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket.  Accordingly, the court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the court.

2.      That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.      Plaintiff(s) and AMS may submit an agreed order of dismissal with prejudice on or before April 30, 2016; otherwise the cases on Exhibit A will be dismissed without prejudice.

The court will reinstate any case on the attached Exhibit A to the active docket if one of the parties shows good cause for such reinstatement.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – CLARK, LOVE & HUTSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00849 | Joycebeth F. Stoutamire, Kenneth W. Stoutamire v. American Medical Systems, Inc. |
| 2:12-cv-00850 | Donna K. Wheat v. American Medical Systems, Inc. |
| 2:12-cv-02354 | Natalie Jones Dahl, Bruce Dahl v. American Medical Systems, Inc. |
| 2:12-cv-02361 | Karen Jones, Barry Jones v. American Medical Systems, Inc. |
| 2:12-cv-02417 | Hope Araujo v. American Medical Systems, Inc. |
| 2:12-cv-03397 | Carol Womble, Darrell Womble v. American Medical Systems, Inc. |
| 2:12-cv-03430 | Mary Morrow, Johnny Morrow v. American Medical Systems, Inc. |
| 2:12-cv-03431 | Sandra Pellegrin v. American Medical Systems, Inc. |
| 2:12-cv-03502 | DeeAnn Bennett v. American Medical Systems, Inc. |
| 2:12-cv-03503 | Elizabeth Rader v. American Medical Systems, Inc. |
| 2:12-cv-03626 | Suzann Smudrick v. American Medical Systems, Inc. |
| 2:12-cv-03629 | Amy Thibodeaux, James Thibodeaux v. American Medical Systems, Inc. |
| 2:12-cv-03710 | Cynthia Buteaux, Robert Buteaux v. American Medical Systems, Inc. |
| 2:12-cv-03711 | Angie Peeples, Duane Peeples v. American Medical Systems, Inc. |
| 2:12-cv-03816 | Margie Hicks, Edward Hicks v. American Medical Systems, Inc. |
| 2:12-cv-03817 | Donna Perkins v. American Medical Systems, Inc. |
| 2:12-cv-03819 | Wanda Jacob v. American Medical Systems, Inc. |
| 2:12-cv-03821 | Amy Bowling v. American Medical Systems, Inc. |
| 2:12-cv-03822 | Susette Fatheree v. American Medical Systems, Inc. |
| 2:12-cv-03826 | Nicole Warren v. American Medical Systems, Inc. |
| 2:12-cv-04148 | Debra Burlton, Andrew Burlton v. American Medical Systems, Inc. |
| 2:12-cv-04215 | Deborah Browley-Tripp, Clistus Tripp, Jr. v. American Medical Systems, Inc. |
| 2:12-cv-04216 | Lisa Foote, Dean Foote v. American Medical Systems, Inc. |
| 2:12-cv-04217 | Joyce Moore-Leggett v. American Medical Systems, Inc. |
| 2:12-cv-04385 | Shannon Clark, Ray Clark v. American Medical Systems, Inc. |
| 2:12-cv-04387 | Juda Geary v. American Medical Systems, Inc. |
| 2:12-cv-04389 | Shirley Lockman, Robert Lockman v. American Medical Systems, Inc. |
| 2:12-cv-04392 | Brenda Mischloney v. American Medical Systems, Inc. |
| 2:12-cv-04393 | Ruth Moore, Harold Moore v. American Medical Systems, Inc. |
| 2:12-cv-04394 | Mary Lynne Shelby v. American Medical Systems, Inc. |
| 2:12-cv-04526 | Annie Heckman, James Heckman v. American Medical Systems, Inc. |
| 2:12-cv-04571 | Margaret Campbell, Robert Campbell v. American Medical Systems, Inc. |
| 2:12-cv-04639 | Desiree Drinnon, Jeremy Drinnon v. American Medical Systems, Inc. |
| 2:12-cv-04973 | Felicia Cooley v. American Medical Systems, Inc. |
| 2:12-cv-05069 | Cynthia Barrow, Bobby Barrow v. American Medical Systems, Inc. |

1

| 2:12-cv-05071 | Bonnie Daniels v. American Medical Systems, Inc. |
|---|---|
| 2:12-cv-05072 | Johnna Rogers, William Rogers v. American Medical Systems, Inc. |
| 2:12-cv-05098 | Marlene Morgan v. American Medical Systems, Inc. |
| 2:12-cv-05100 | Mitzi Shedd, Rodney Shedd v. American Medical Systems, Inc. |
| 2:12-cv-05101 | Dorothy Fields, William Fields v. American Medical Systems, Inc. |
| 2:12-cv-05105 | Jessie Borden, Robert Wilson v. American Medical Systems, Inc. |
| 2:12-cv-05106 | Cheryl Machia, Ronald Machia v. American Medical Systems, Inc. |
| 2:12-cv-05108 | Judie Plumley, Martin Plumley v. American Medical Systems, Inc. |
| 2:12-cv-05332 | Clara Efferson v. American Medical Systems, Inc. |
| 2:12-cv-05335 | Alannah Sedwick v. American Medical Systems, Inc. |
| 2:12-cv-05371 | Dorothy Ingram, Ken Ingram v. American Medical Systems, Inc. |
| 2:12-cv-06306 | Judy Laughlin, Timothy Laughlin v. American Medical Systems, Inc. |
| 2:12-cv-06307 | Sherry Watkins, Michael Watkins v. American Medical Systems, Inc. |
| 2:12-cv-06310 | Margaret Jarreau, Edward Jarreau v. American Medical Systems, Inc. |
| 2:12-cv-06314 | Dorris Herrington, Eddie Herrington v. American Medical Systems, Inc. |
| 2:12-cv-06345 | Bertha Flores, Jose Flores v. American Medical Systems, Inc. |
| 2:12-cv-06843 | Shannon White v. American Medical Systems, Inc. |
| 2:12-cv-06866 | Kathleen Hamlin, Jesse Hamlin v. American Medical Systems, Inc. |
| 2:12-cv-06867 | Lillian Martinez v. American Medical Systems, Inc. |
| 2:12-cv-06935 | Delores Buford, Cedrick Buford v. American Medical Systems, Inc. |
| 2:12-cv-07007 | Kim Adams, Lenard Adams v. American Medical Systems, Inc. |
| 2:12-cv-07009 | Janine Fuller, Arthur Fuller v. American Medical Systems, Inc. |
| 2:12-cv-07019 | Lenora Jackson-Oliver v. American Medical Systems, Inc. |
| 2:12-cv-07022 | Rita Robinson v. American Medical Systems, Inc. |
| 2:12-cv-07023 | Diana Strader, Charles Strader v. American Medical Systems, Inc. |
| 2:12-cv-07024 | Silvia Telles v. American Medical Systems, Inc. |
| 2:12-cv-07026 | Pamela Weber, James Weber v. American Medical Systems, Inc. |
| 2:12-cv-07183 | Kaci Mitchell, Shane Mitchell v. American Medical Systems, Inc. |
| 2:12-cv-07192 | Patty Wright, Bobby Wright v. American Medical Systems, Inc. |
| 2:12-cv-07343 | Mollie Phelps v. American Medical Systems, Inc. |
| 2:12-cv-07344 | Tricia Riley v. American Medical Systems, Inc. |
| 2:12-cv-07345 | Charlene Scott, Robert Scott v. American Medical Systems, Inc. |
| 2:12-cv-07372 | Christy Drummond, Clifton Drummond v. American Medical Systems, Inc. |
| 2:12-cv-07374 | Margaret Parker v. American Medical Systems, Inc. |
| 2:12-cv-07375 | Heather Sherrod v. American Medical Systems, Inc. |
| 2:12-cv-07612 | Rae Avolio, Ralph Avolio v. American Medical Systems, Inc. |
| 2:12-cv-07613 | Shelia Heim v. American Medical Systems, Inc. |
| 2:12-cv-07628 | Rita Hendrickson v. American Medical Systems, Inc. |
| 2:12-cv-07629 | Lena Ridenour v. American Medical Systems, Inc. |
| 2:12-cv-07630 | Olivia Rodriguez, Oscar Cervantes v. American Medical Systems, Inc. |
| 2:12-cv-07631 | Cynthia Wallace v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:12-cv-07697 | Tammye Holloway v. American Medical Systems, Inc. |
| 2:12-cv-07733 | Deborah Beair v. American Medical Systems, Inc. |
| 2:12-cv-07737 | Kassandra McAlister, James McAlister v. American Medical Systems, Inc. |
| 2:12-cv-07738 | Shirley Palma v. American Medical Systems, Inc. |
| 2:12-cv-08432 | Maria Mejia, Jose Mejia v. American Medical Systems, Inc. |
| 2:12-cv-08470 | Vera Conn v. American Medical Systems, Inc. |
| 2:12-cv-08492 | Phyllis Grant, Joe Grant v. American Medical Systems, Inc. |
| 2:12-cv-08497 | Lourdes Cardona, Juan Cardona v. American Medical Systems, Inc. |
| 2:12-cv-08502 | Karen Singelyn, Chris Singelyn v. American Medical Systems, Inc. |
| 2:12-cv-08504 | Faye Theriot v. American Medical Systems, Inc. |
| 2:12-cv-08750 | Doris Batiste v. American Medical Systems, Inc. |
| 2:12-cv-08751 | Nancy Eddington, Frank Eddington v. American Medical Systems, Inc. |
| 2:12-cv-08753 | Susan Guillory v. American Medical Systems, Inc. |
| 2:12-cv-09051 | Cheryl Kappes v. American Medical Systems, Inc. |
| 2:12-cv-09057 | Phyllis Scarbrough v. American Medical Systems, Inc. |
| 2:12-cv-09180 | Angela Anderson v. American Medical Systems, Inc. |
| 2:12-cv-09181 | Betty Brewer v. American Medical Systems, Inc. |
| 2:12-cv-09182 | Debra Clary, Charles Clary v. American Medical Systems, Inc. |
| 2:12-cv-09186 | Hettie Knotts, James Knotts v. American Medical Systems, Inc. |
| 2:12-cv-09187 | Vicki Lowery v. American Medical Systems, Inc. |
| 2:12-cv-09373 | Lucia Alfaro v. American Medical Systems, Inc. |
| 2:12-cv-09374 | Betty Jenkins v. American Medical Systems, Inc. |
| 2:12-cv-09376 | Judy Jubar v. American Medical Systems, Inc. |
| 2:12-cv-09377 | Michelle Miller v. American Medical Systems, Inc. |
| 2:12-cv-09379 | Connie Sutter v. American Medical Systems, Inc. |
| 2:12-cv-09380 | Peggy Thierry v. American Medical Systems, Inc. |
| 2:12-cv-09403 | Marie Dickson v. American Medical Systems, Inc. |
| 2:13-cv-00609 | Patrica Myers v. American Medical Systems, Inc. |
| 2:13-cv-01189 | Irene Hood-Leibowitz, Richard Vigueria v. American Medical Systems, Inc. |
| 2:13-cv-02242 | Virginia Davenport v. American Medical Systems, Inc. |
| 2:13-cv-02499 | Rheba Ward, Datus Ward v. American Medical Systems, Inc. |
| 2:13-cv-02570 | Jill Davey, Donald Davey v. American Medical Systems, Inc. |
| 2:13-cv-02572 | Shannon George v. American Medical Systems, Inc. |
| 2:13-cv-02574 | Maria Hinojosa v. American Medical Systems, Inc. |
| 2:13-cv-02578 | Patricia Lancaster v. American Medical Systems, Inc. |
| 2:13-cv-02580 | Loretta Methvin v. American Medical Systems, Inc. |
| 2:13-cv-02581 | Angel Moreno Adela Moreno v. American Medical Systems, Inc. |
| 2:13-cv-02583 | Donna Reeves v. American Medical Systems, Inc. |
| 2:13-cv-02586 | Daisy Ward-Roman, John Roman v. American Medical Systems, Inc. |
| 2:13-cv-02588 | Joyce Washburn v. American Medical Systems, Inc. |
| 2:13-cv-02590 | Judy Young, Eddie Young v. American Medical Systems, Inc. |