**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2325

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2325, 2:12-md-2325 [ECF No. 2325], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibits A-Y, and American Medical Systems, Inc. seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-Y are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2325 and in the individual cases listed on the attached Exhibits A-Y.

ENTER: May 31, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – ALLAN BERGER & ASSOCIATES

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-02274 | Deborah Kruse, Mark Kruse v. American Medical Systems, Inc. |
| 2:12-CV-02574 | Tammy Matherne v. American Medical Systems, Inc. |

**EXHIBIT B – BARON & BUDD**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-19199 | Judy Taylor v. American Medical Systems, Inc. |

## EXHIBIT C – BRENT COON & ASSOCIATES

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-09372 | Barbara Massey v. American Medical Systems, Inc. |

## EXHIBIT D – BROWN & CROUPPEN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-16738 | Teresa Schmitt v. American Medical Systems, Inc. |

## EXHIBIT E – CANNON & DUNPHY

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-29066 | Susan J. Belfeuil v. American Medical Systems, Inc. |
| 2:14-CV-17629 | Debra Handrick v. American Medical Systems, Inc. |

**EXHIBIT F – CAPRETZ & ASSOCIATES**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-06127 | Rose Huff, Paul Huff v. American Medical Systems, Inc. |

**EXHIBIT G – DANIELS & GENTLE**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-23306 | Patty J. Brewer v. American Medical Systems, Inc. |

## EXHIBIT H – DOUGLAS & LONDON, P.C.

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-22334 | Regina Brown, Dwight Brown v. American Medical Systems, Inc. |
| 2:13-CV-22819 | Lesa Bowlin v. American Medical Systems, Inc. |
| 2:13-CV-23227 | Annette Brandt v. American Medical Systems, Inc. |
| 2:13-CV-24712 | Emilee Phipps, Larry Phipps v. American Medical Systems, Inc. |
| 2:13-CV-32300 | Deborah Holtzclaw v. American Medical Systems, Inc. |
| 2:14-CV-15414 | Karen Ryan v. American Medical Systems, Inc. |
| 2:14-CV-21304 | Catherine Baker v. American Medical Systems, Inc. |
| 2:14-CV-21536 | Carol Thomas, William Thomas v. American Medical Systems, Inc. |
| 2:14-CV-21554 | Patricia Towles v. American Medical Systems, Inc. |
| 2:14-CV-21566 | Patricia Vermeire v. American Medical Systems, Inc. |
| 2:14-CV-22365 | Susan Cova, John Cova v. American Medical Systems, Inc. |
| 2:14-CV-22416 | Mona Porter, Peter Alan Moyer v. American Medical Systems, Inc. |
| 2:14-CV-22459 | Jala Robinson v. American Medical Systems, Inc. |
| 2:14-CV-22474 | Katherine Smith v. American Medical Systems, Inc. |
| 2:14-CV-22552 | Sherri Green, John Green v. American Medical Systems, Inc. |
| 2:14-CV-22569 | Andrea Faya, Edward Faya v. American Medical Systems, Inc. |
| 2:14-CV-22588 | Judy Haige v. American Medical Systems, Inc. |
| 2:14-CV-22645 | Margaret Leclair v. American Medical Systems, Inc. |
| 2:14-CV-22671 | Roberta Lopez, Loren Lopez v. American Medical Systems, Inc. |
| 2:14-CV-22720 | Madelyn Minehart, Kenneth Minehart v. American Medical Systems, Inc. |
| 2:14-CV-22732 | Tonya Mishoe v. American Medical Systems, Inc. |

## EXHIBIT I – FRANKLIN D. AZAR & ASSOCIATES

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-06180 | Natalie S. Barela-Ramos, Refugio Ramos v. American Medical Systems, Inc. |
| 2:13-CV-25953 | Mary A. Vogel v. American Medical Systems, Inc. |
| 2:14-CV-02265 | Theresa M. Lopez-Garcia, Anthoney A. Garcia v. American Medical Systems, Inc. |

**EXHIBIT J – GURFEIN DOUGLAS LLP**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-15125 | Deborah Goodwin, Ronald Goodwin v. American Medical Systems, Inc. |

**EXHIBIT K – HARE, WYNN, NEWELL, & NEWTON, L.L.P.**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-21110 | Verleta Roberts, Quin Roberts v. American Medical Systems, Inc. |

### EXHIBIT L – HENINGER, GARRISON & DAVIS, LLC

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-07662 | Betty Walley v. American Medical Systems, Inc. |
| 2:13-CV-22367 | Judith Boone, Paul Boone, Jr. v. American Medical Systems, Inc. |
| 2:13-CV-02737 | Patsy Payne, Scottie Payne v. American Medical Systems, Inc. |
| 2:13-CV-08522 | Paula Goins, Steve Goins v. American Medical Systems, Inc. |
| 2:13-CV-21694 | Judy Jackson, Junior Jackson v. American Medical Systems, Inc. |
| 2:13-CV-28246 | Gina Cooke, William Cooke v. American Medical Systems, Inc. |
| 2:13-CV-29001 | Melba Arnold, James Arnold v. American Medical Systems, Inc. |
| 2:13-CV-29006 | April Davis, Steven Davis v. American Medical Systems, Inc. |
| 2:13-CV-31150 | Donna McDaniel, John McDaniel Sr. v. American Medical Systems, Inc. |
| 2:13-CV-31421 | Louise Reichel, Alan Reichel v. American Medical Systems, Inc. |
| 2:14-CV-00086 | Anita Harris, Mark Harris v. American Medical Systems, Inc. |
| 2:14-CV-07478 | Mary Whiteside v. American Medical Systems, Inc. |
| 2:14-CV-13998 | Rhonda Whitacre, Joe Whitacre v. American Medical Systems, Inc. |
| 2:14-CV-14049 | Beverly Helms-Nunz, David Nunz v. American Medical Systems, Inc. |
| 2:14-CV-14083 | Renee D. Greene v. American Medical Systems, Inc. |

**EXHIBIT M – HISSEY KIENTZ, LLP**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-15682 | Tonya Hill v. American Medical Systems, Inc. |

**EXHIBIT N – KLINE & SPECTER**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-04626 | Dicie Lawson and Frank Lawson v. American Medical Systems |
| 2:12-CV-09069 | Joy Rooy v. American Medical Systems, Inc. |
| 2:12-CV-09072 | Dorothy Patterson v. American Medical Systems, Inc. |
| 2:13-CV-00354 | Anna M. Soto v. American Medical Systems, Inc. |
| 2:13-CV-01242 | Denise A. Ogle, Michael G. Ogle v. American Medical Systems, Inc. |
| 2:13-CV-01646 | Lisa A. Forsythe v. American Medical Systems, Inc. |
| 2:13-CV-04089 | Diana Earhart, Richard Earhart v. American Medical Systems, Inc. |
| 2:13-CV-04727 | Aletha Cook, Chris Cook v. American Medical Systems, Inc. |
| 2:13-CV-05219 | Margaret C. Dodson, Robert Dodson v. American Medical Systems, Inc. |
| 2:13-CV-07253 | Mary S. Todora v. American Medical Systems, Inc. |
| 2:13-CV-11189 | Jean M. Howell v. American Medical Systems, Inc. |
| 2:13-CV-23271 | Frances Dooley, Colie L. Dooley Jr. v. American Medical Systems, Inc. |
| 2:13-CV-23589 | Penelope Grady, Garry Grady v. American Medical Systems |
| 2:13-CV-23592 | Mary Lee Kirkwood v. American Medical Systems, Inc. |
| 2:13-CV-24032 | Tarria Davis, Donald Davis v. American Medical Systems, Inc. |
| 2:13-CV-27176 | Amanda Harris, Charles Harris v. American Medical Systems, Inc. |
| 2:13-CV-28946 | Jane Kleba v. American Medical Systems, Inc. |
| 2:13-CV-28960 | Maria Elena Contreras v. American Medical Systems, Inc. |
| 2:13-CV-29025 | Sandra Walsh v. American Medical Systems, Inc. |
| 2:13-CV-30270 | Mary Young-Alexander v. American Medical Systems, Inc. |
| 2:13-CV-30833 | Ursula Edmond v. American Medical Systems, Inc. |
| 2:13-CV-31814 | Delma Ortiz, Vicente Ortiz, Sr. v. American Medical Systems, Inc. |
| 2:13-CV-31816 | Kelly Perez, Cisco Perez v. American Medical Systems, Inc. |
| 2:14-CV-02060 | Patricia Tumminello, Frank Tumminello v. American Medical Systems, Inc. |
| 2:14-CV-02095 | Rita Wagoner, Robert Wagoner v. American Medical Systems, Inc. |
| 2:14-CV-07720 | Anna Sanders, Todd Sanders v. American Medical Systems, Inc. |
| 2:14-CV-14628 | Elizabeth Aponte v. American Medical Systems, Inc. |
| 2:14-CV-17927 | Terry Jane Duszik, Joseph Duszik v. American Medical Systems, Inc. |
| 2:14-CV-19778 | Jacqueline Stanford, Kim Dewayne Stanford v. American |

| | |
|---|---|
| | Medical Systems, Inc. |
| 2:14-CV-21899 | Deboroah Campbell, William Campbell v. American Medical Systems, Inc. |
| 2:14-CV-23725 | Mary Gottfried, Matthew Gottfried v. American Medical Systems, Inc. |
| 2:14-CV-23728 | Pamela Wilkison, Thomas E. Wilkison v. American Medical Systems, Inc. |
| 2:14-CV-25881 | Kathleen Burciaga, Frederick Burciaga v. American Medical Systems, Inc. |
| 2:14-CV-29256 | Diane Thomas, Melvin Thomas v. American Medical Systems, Inc. |

**EXHIBIT O – LEWIS SAUL & ASSOCIATES**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-05417 | Mildred Irene Schaan v. American Medical Systems, Inc. |

## EXHIBIT P – MICHAEL HINGLE & ASSOCIATES

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-07461 | Jeannie Daniel v. American Medical Systems, Inc. |
| 2:12-CV-07488 | Josephine Farley, Patrick Farley, Sr. v. American Medical Systems, Inc. |
| 2:12-CV-07514 | Barbara Halphen v. American Medical Systems, Inc. |
| 2:12-CV-07566 | Donna LaCava v. American Medical Systems, Inc. |
| 2:12-CV-07569 | Linda R. Jones v. American Medical Systems, Inc. |
| 2:12-CV-07572 | Sherry Jenkins v. American Medical Systems, Inc. |
| 2:12-CV-07576 | Sandra Husser v. American Medical Systems, Inc. |
| 2:12-CV-07638 | Karen Odoms v. American Medical Systems, Inc. |
| 2:12-CV-07710 | Greta Reckner v. American Medical Systems, Inc. |
| 2:12-CV-07850 | Patrina Bonacorso, Phillip Bonacorso v. American Medical Systems, Inc. |
| 2:12-CV-08876 | Joann Clark v. American Medical Systems, Inc. |
| 2:13-CV-00658 | Glenda R. Harrison v. American Medical Systems, Inc. |
| 2:13-CV-08264 | Betty Jean Smith v. American Medical Systems, Inc. |

## EXHIBIT Q – MILLER WEISBROD

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-01564 | Tracey Carreira v. American Medical Systems, Inc. |
| 2:13-CV-07116 | Teresa Bergman v. American Medical Systems, Inc. |
| 2:13-CV-11926 | Patti L. Glazener v. American Medical Systems, Inc. |
| 2:13-CV-14499 | Linda Lee Smith v. American Medical Systems, Inc. |
| 2:13-CV-14931 | Manervia McCleary v. American Medical Systems, Inc. |
| 2:13-CV-21177 | Cynthia A. Rice v. American Medical Systems, Inc. |
| 2:14-CV-00153 | Kimberly Ann Miller v. American Medical Systems, Inc. |

## EXHIBIT R – MURPHY LAW FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-09116 | Tammy P. Wooten, Edward N. Wooten v. American Medical Systems, Inc. |
| 2:13-CV-09120 | Linda R. Gurvin v. American Medical Systems, Inc. |
| 2:13-CV-28324 | Patricia Belton v. American Medical Systems, Inc. |
| 2:13-CV-28337 | Cynthia Cisneros v. American Medical Systems, Inc. |
| 2:13-CV-29055 | Joyce Earl v. American Medical Systems, Inc. |
| 2:13-CV-29062 | Victoria Fairchild v. American Medical Systems, Inc. |
| 2:13-CV-29065 | Cynthia Ferguson v. American Medical Systems, Inc. |
| 2:13-CV-29077 | Bobbie Giltner v. American Medical Systems, Inc. |
| 2:13-CV-29643 | Judy Harris v. American Medical Systems, Inc. |
| 2:13-CV-29649 | Johnnie Sue Hayes, Kenneth R. Hayes v. American Medical Systems, Inc. |
| 2:13-CV-30056 | Glenda M. Mays v. American Medical Systems, Inc. |
| 2:13-CV-30060 | Mary E. Martin v. American Medical Systems, Inc. |
| 2:13-CV-30062 | Carmi Lee Melton v. American Medical Systems, Inc. |
| 2:13-CV-30064 | Debra McCaffrey v. American Medical Systems, Inc. |
| 2:13-CV-30066 | Sheila Martin v. American Medical Systems, Inc. |
| 2:13-CV-31220 | Tina A. Messier v. American Medical Systems, Inc. |
| 2:13-CV-31223 | Amy R. Persinger, Allen W. Persinger v. American Medical Systems, Inc. |
| 2:13-CV-31227 | Kathy L. Nofrey v. American Medical Systems, Inc. |
| 2:13-CV-31619 | Angelina Warner v. American Medical Systems, Inc. |
| 2:13-CV-31621 | Melanie Mays Sanders, Kerry Sanders v. American Medical Systems, Inc. |
| 2:13-CV-31624 | Yolanda Riemenschneider, Terry Riemenschneider v. American Medical Systems, Inc. |
| 2:13-CV-32474 | Heather Yates v. American Medical Systems, Inc. |
| 2:13-CV-32510 | Vere Catt v. American Medical Systems, Inc. |
| 2:13-CV-32520 | Jarry Spruell v. American Medical Systems, Inc. |
| 2:13-CV-33243 | Sharon K. DeJean v. American Medical Systems, Inc. |
| 2:13-CV-33246 | Sostena R. Gonzales v. American Medical Systems, Inc. |
| 2:13-CV-33247 | Kathryn Harum v. American Medical Systems, Inc. |
| 2:13-CV-33248 | Carol Henderson v. American Medical Systems, Inc. |
| 2:13-CV-33253 | Linda Say v. American Medical Systems, Inc. |
| 2:14-CV-00472 | Karen Lamproe v. American Medical Systems, Inc. |
| 2:14-CV-01544 | Arlene Crowder v. American Medical Systems, Inc. |
| 2:14-CV-01545 | Linda K. Durham v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:14-CV-03663 | Evelyn Clark v. American Medical Systems, Inc. |
| 2:14-CV-03665 | Sheri DeVore v. American Medical Systems, Inc. |
| 2:14-CV-03672 | Irene Lewis v. American Medical Systems, Inc. |
| 2:14-CV-04756 | Cindy Recore v. American Medical Systems, Inc. |
| 2:14-CV-04760 | Debra S. Durham v. American Medical Systems, Inc. |
| 2:14-CV-04765 | Karen Wade v. American Medical Systems, Inc. |
| 2:14-CV-06972 | Diane Mayfield v. American Medical Systems, Inc. |
| 2:14-CV-06976 | Nelda Rice v. American Medical Systems, Inc. |
| 2:14-CV-06979 | Debra Shelby v. American Medical Systems, Inc. |
| 2:14-CV-10530 | Janet Remillard v. American Medical Systems, Inc. |
| 2:14-CV-10531 | Wanda Mattingly, John Mattingly v. American Medical Systems, Inc. |
| 2:14-CV-10534 | Marilyn Lilly v. American Medical Systems, Inc. |
| 2:14-CV-11277 | Karen Williams v. American Medical Systems, Inc. |
| 2:14-CV-11284 | Nancy Ederer v. American Medical Systems, Inc. |
| 2:14-CV-11287 | Donna Loyd v. American Medical Systems, Inc. |
| 2:14-CV-11715 | Tammy Vaughan, Gary Vaughan v. American Medical Systems, Inc. |
| 2:14-CV-12431 | Jamie Brent v. American Medical Systems, Inc. |
| 2:14-CV-15248 | Patricia Ledbetter v. American Medical Systems, Inc. |

## EXHIBIT S – NASTLAW LLC

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-12164 | Fredna Johnson v. American Medical Systems, Inc. |

## EXHIBIT T – NEMEROFF LAW FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-12722 | Arlene M. Brodbeck v. American Medical Systems, Inc. |
| 2:14-CV-21699 | Landra L. Hernandez, William Hernandez v. American Medical Systems, Inc. |

**EXHIBIT U – SHER CORWIN WINTERS LLC**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-29569 | Catherine McCulloch, Hugh McCulloch v. American Medical Systems, Inc. |

## EXHIBIT V – SIEGFRIED & JENSEN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-12104 | Angela Jones, Steven Edwards v. American Medical Systems, Inc. |
| 2:14-CV-12973 | Margaret Ebel, James Ebel v. American Medical Systems, Inc. |
| 2:14-CV-13969 | Doris Atwater, Tracy Atwater v. American Medical Systems, Inc. |
| 2:14-CV-15628 | Donna Jean Harcher, Andrew Harcher v. American Medical Systems, Inc. |
| 2:14-CV-18944 | Glinda Hitt, Buddy Hitt v. American Medical Systems, Inc. |
| 2:14-CV-22753 | Rene Gonzales v. American Medical Systems, Inc. |
| 2:14-CV-24344 | Jenny Hall, James Hall v. American Medical Systems, Inc. |
| 2:14-CV-24579 | Debra O'Connor v. American Medical Systems, Inc. |
| 2:14-CV-25082 | Mary K. Broyhill v. American Medical Systems, Inc. |
| 2:14-CV-26228 | Brenda G. Keelin v. American Medical Systems, Inc. |
| 2:14-CV-27796 | Cheryl Royer v. American Medical Systems, Inc. |
| 2:14-CV-28478 | Linda S. Freed v. American Medical Systems, Inc. |
| 2:14-CV-29512 | Berna Sovine-Percival v. American Medical Systems, Inc. |
| 2:15-CV-00795 | Tina L. Torres v. American Medical Systems, Inc. |

## EXHIBIT W – STROM LAW FIRM, LLC

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-04550 | Elizabeth Tenan, Frank P. Tenan, Sr. v. American Medical Systems, Inc. |

## EXHIBIT X – SUMMERS & JOHNSON PC

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-08638 | Shannon Neely, Robert Neely v. American Medical Systems, Inc. |
| 2:13-CV-17231 | Helen Galanopoulos, Danny Galanopoulos v. American Medical Systems, Inc. |
| 2:13-CV-17232 | Robin Galbraith, Christopher Galbraith v. American Medical Systems, Inc. |
| 2:13-CV-17234 | Mary Hamlin v. American Medical Systems, Inc. |
| 2:13-CV-17239 | Regina Keeling v. American Medical Systems, Inc. |
| 2:13-CV-21553 | Marilyn Musso, James Musso v. American Medical Systems, Inc. |
| 2:14-CV-17702 | Marion Resendes v. American Medical Systems, Inc. |

**EXHIBIT Y – THE MICHAEL BRADY LYNCH FIRM**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-20418 | Kristine A. Hoggatt, John Hoggatt v. American Medical Systems, Inc. |