IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
     PELVIC REPAIR SYSTEM                                MDL 2325
     PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The court has been advised by counsel that in the case(s) listed on the attached Exhibit A, the plaintiff(s) and American Medical Systems, Inc., ("AMS") have reached a settlement with regard to AMS. The court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the court **ORDERS** as follows:

1.     All discovery deadlines are continued until further order of the court.

2.     That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3.     Plaintiff(s) and AMS may submit an agreed order of dismissal with prejudice on or before April 30, 2017; otherwise the cases on Exhibit A will be dismissed without prejudice.

The court will reinstate any case on the attached Exhibit A to the active docket if one of the parties shows good cause for such reinstatement.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**EXHIBIT A – MOSTYN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-30406 | Rebecca Davila v. American Medical Systems, Inc. |
| 2:13-CV-30771 | Shanley Atkinson  v. American Medical Systems, Inc. |
| 2:13-CV-30821 | Rose Marie Kilcrease  v. American Medical Systems, Inc. |
| 2:13-CV-30978 | Geneva B. Ashworth, Roy B. Ashworth, Sr.  v. American Medical Systems, Inc. |
| 2:13-CV-30980 | Lori Bean v. American Medical Systems, Inc. |
| 2:13-CV-31066 | Maria Herrera v. American Medical Systems, Inc. |
| 2:13-CV-31130 | Tracey D. Verdun, Waldo Mark Verdun  v. American Medical Systems, Inc. |
| 2:13-CV-31246 | Kathleen Anderton, Ricky Wayne Anderton v. American Medical Systems, Inc. |
| 2:13-CV-31267 | Darla Newton, Lynn Newton  v. American Medical Systems, Inc. |
| 2:13-CV-31284 | Martha Warso, Asher Warso v. American Medical Systems, Inc. |
| 2:13-CV-31285 | Frances Williams  v. American Medical Systems, Inc. |
| 2:13-CV-33473 | Janice Armas, Raul Armas v. American Medical Systems, Inc. |
| 2:13-CV-33500 | Libby Faulkner Blakeney, Alphonzo Blakeney v. American Medical Systems, Inc. |
| 2:13-CV-33508 | Winona Blossom v. American Medical Systems, Inc. |
| 2:13-CV-33531 | Peggy Hudson Butler v. American Medical Systems, Inc. |
| 2:13-CV-33566 | Shanon Dobbins, Charmin Wright v. American Medical Systems, Inc. |
| 2:13-CV-33572 | Julia Duncan v. American Medical Systems, Inc. |
| 2:13-CV-33576 | Angela Ellyson v. American Medical Systems, Inc. |
| 2:13-CV-33578 | Lindia Elrod v. American Medical Systems, Inc. |
| 2:13-CV-33843 | Adeline Papiernik, Fred Papiernik v. American Medical Systems, Inc. |
| 2:13-CV-33925 | Sonia Sedano v. American Medical Systems, Inc. |
| 2:13-CV-33936 | Brandi A. Sevy v. American Medical Systems, Inc. |
| 2:13-CV-33941 | Janet Shrigley, Richard Shrigley v. American Medical Systems, Inc. |
| 2:13-CV-34013 | Kristi Wilder v. American Medical Systems, Inc. |
| 2:13-CV-34028 | Mona Zachary v. American Medical Systems, Inc. |
| 2:14-CV-05900 | Rita Ayers  v. American Medical Systems, Inc. |
| 2:14-CV-05904 | Linda Sue Capocy, David Capocy v. American Medical Systems, Inc. |
| 2:14-CV-05938 | Julie Karen Mahan, Thurman Ray Mahan v. American Medical Systems, Inc. |
| 2:14-CV-05957 | Yvette Ramirez, Richard Ramirez  v. American Medical Systems, Inc. |
| 2:14-CV-05962 | Jennifer Jean Scott  v. American Medical Systems, Inc. |

| 2:14-CV-11058 | Nidia Brown  v. American Medical Systems, Inc. |
| 2:14-CV-11064 | Judith Ann Contratto, Richard R. Contratto  v. American Medical Systems, Inc. |
| 2:14-CV-11078 | Patricia A. Griffin, Boyd Griffin  v. American Medical Systems, Inc. |
| 2:14-CV-11080 | Sheilah A. Griffith  v. American Medical Systems, Inc. |
| 2:14-CV-11236 | Kelly Ann Wine, Mark Wine  v. American Medical Systems, Inc. |
| 2:14-CV-11313 | Kathryn Swensen v. American Medical Systems, Inc. |
| 2:14-CV-11314 | Gloria Tobias, Alfonso Tobias  v. American Medical Systems, Inc. |
| 2:14-CV-11358 | Lynda Linn  v. American Medical Systems, Inc. |
| 2:14-CV-11381 | Bonnie Jean Simmons  v. American Medical Systems, Inc. |
| 2:14-CV-11903 | Angie L. Elliott, Christopher Elliott  v. American Medical Systems, Inc. |
| 2:14-CV-11920 | Genevieve Llamas v. American Medical Systems, Inc. |
| 2:14-CV-11924 | Dale McCarley, Tim McCarley  v. American Medical Systems, Inc. |
| 2:14-CV-11930 | Leticia O'Guin v. American Medical Systems, Inc. |
| 2:14-CV-11966 | Kimberly Swiggett, Vernon Swiggett  v. American Medical Systems, Inc. |
| 2:14-CV-12005 | Geraldine G. Deimling, Edward Deimling v. American Medical Systems, Inc. |
| 2:14-CV-12025 | Bernadette Gruber v. American Medical Systems, Inc. |
| 2:14-CV-12028 | Sherry Hess, Richard E. Hess, Jr.  v. American Medical Systems, Inc. |
| 2:14-CV-12067 | Ivy Jones Milligan  v. American Medical Systems, Inc. |
| 2:14-CV-12122 | Bertha Orozco, Jack Salazar Orozco v. American Medical Systems, Inc. |
| 2:14-CV-12237 | Mary Kathleen Aplaca v. American Medical Systems, Inc. |
| 2:14-CV-12377 | Diane Sullivan, Larry Junior Sullivan v. American Medical Systems, Inc. |
| 2:14-CV-12513 | Araceli Avila, Emerardo Avila  v. American Medical Systems, Inc. |
| 2:14-CV-12520 | Misti Lee Carroll, William Carroll v. American Medical Systems, Inc. |
| 2:14-CV-12530 | Diana Grace Griffin, Ricardo Griffin  v. American Medical Systems, Inc. |
| 2:14-CV-12661 | June Ricard v. American Medical Systems, Inc. |
| 2:14-CV-12754 | Luisa Elena Flores v. American Medical Systems, Inc. |
| 2:14-CV-12763 | Karen M. Heyborne, Russell Heyborne  v. American Medical Systems, Inc. |
| 2:14-CV-12775 | Megan Knutson v. American Medical Systems, Inc. |
| 2:14-CV-12778 | Tiffany McBee, Tommy McBee  v. American Medical Systems, Inc. |
| 2:14-CV-12781 | Lisa A. Napier, Mark W. Napier  v. American Medical Systems, Inc. |
| 2:14-CV-12810 | Melinda Ann Spring v. American Medical Systems, Inc. |
| 2:14-CV-12813 | Pauline Taylor v. American Medical Systems, Inc. |
| 2:14-CV-12828 | Antonia Theresa Wysong, James Wysong v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:14-CV-13054 | Janice Lee Young  v. American Medical Systems, Inc. |
| 2:14-CV-13104 | Judy K. Carter, Jerry J. Carter v. American Medical Systems, Inc. |
| 2:14-CV-13107 | Paula Clark  v. American Medical Systems, Inc. |
| 2:14-CV-13168 | April Friar, Joe Murdock  v. American Medical Systems, Inc. |
| 2:14-CV-13190 | Leslie Klaiber, Dennis Klaiber v. American Medical Systems, Inc. |
| 2:14-CV-13193 | Nancy Ladd  v. American Medical Systems, Inc. |
| 2:14-CV-13259 | Lucia Sanchez  v. American Medical Systems, Inc. |
| 2:14-CV-13460 | Heather Williams v. American Medical Systems, Inc. |
| 2:14-CV-13473 | Nancy Doyle  v. American Medical Systems, Inc. |
| 2:14-CV-13619 | Jacklyn D. Beck, Dana R. Beck v. American Medical Systems, Inc. |
| 2:14-CV-13663 | Rebel Crooks v. American Medical Systems, Inc. |
| 2:14-CV-13673 | Tracey T. LeBlanc  v. American Medical Systems, Inc. |
| 2:14-CV-13696 | Cynthia D. Rawlins  v. American Medical Systems, Inc. |
| 2:14-CV-13703 | Nancy Torres, Luis Torres  v. American Medical Systems, Inc. |
| 2:14-CV-13790 | Patricia Cardenas v. American Medical Systems, Inc. |
| 2:14-CV-13812 | Linda Escudero v. American Medical Systems, Inc. |
| 2:14-CV-13813 | Marilyn E. Freeman, Robert W. Freeman  v. American Medical Systems, Inc. |
| 2:14-CV-13816 | Angela Guillen, James Guillen  v. American Medical Systems, Inc. |
| 2:14-CV-13827 | Lorie Beth Johnson, Thomas W. Johnson  v. American Medical Systems, Inc. |
| 2:14-CV-13841 | Linda Montoya v. American Medical Systems, Inc. |
| 2:14-CV-13855 | Julie Sim  v. American Medical Systems, Inc. |
| 2:14-CV-13859 | Connie P. Smith, Anthony T. Smith  v. American Medical Systems, Inc. |
| 2:14-CV-13917 | Earlene R. Bagwell, Dalton Bagwell  v. American Medical Systems, Inc. |
| 2:14-CV-14007 | Theresa Ann Ritenour  v. American Medical Systems, Inc. |
| 2:14-CV-14031 | Charlotte Ann Wright, Thomas E. Wright  v. American Medical Systems, Inc. |
| 2:14-CV-18302 | Ortencia Reyes Chapa v. American Medical Systems, Inc. |
| 2:14-CV-18307 | Rebecca Greenwalt v. American Medical Systems, Inc. |
| 2:14-CV-18314 | Tina R. Stucke, Brett Stucke v. American Medical Systems, Inc. |
| 2:14-CV-18316 | Barbara Woody-Robinson, Leonidas Dunlap Robinson v. American Medical Systems, Inc. |
| 2:14-CV-21018 | Alma C. Ramirez v. American Medical Systems, Inc. |