IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2325

---

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and American Medical Systems, Inc.[1] ("AMS") have agreed to a settlement model with regard to AMS. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and AMS may submit an agreed order of dismissal with prejudice on or before October 31, 2017; if settlements are not finalized and dismissal orders are not submitted by October 31, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

[1] American Medical Systems, Inc. includes any incorrect or incomplete spellings of this Defendant, and any American Medical Systems, Inc. entities.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this Order in MDL No. 2325 and in the individual cases listed on the attached Exhibit A.

The Clerk is further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 2648 and send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BEASLEY ALLEN**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-00527 | Jacqueline Barnett and Ned Barnett v. American Medical Systems, Inc. |
| 2:12-CV-00556 | Allison L. Kelly and Scott Kelly v. American Medical Systems, Inc. |
| 2:12-CV-01312 | Diane L. Griffin, as Executor of the Estate of Joyce Marie Harrell v. American Medical Systems, Inc. |
| 2:12-CV-01401 | Amy Lynn Tucker v. American Medical Systems, Inc. |
| 2:12-CV-01402 | Evelyn Moore McLeod v. American Medical Systems, Inc. |
| 2:12-CV-02080 | Wendy Adams and John Adams v. American Medical Systems, Inc. |
| 2:12-CV-02603 | Sydney Nava, Bill Jack Nava v. American Medical Systems, Inc. |
| 2:12-CV-03622 | Joel D. Smith v. American Medical Systems, Inc. |
| 2:12-CV-04260 | Carmen Turcios and Eliseo Turcios v. American Medical Systems, Inc. |
| 2:12-CV-05415 | Mary Langley v. American Medical Systems, Inc. |
| 2:12-CV-05470 | Michelle L. Mozena v. American Medical Systems, Inc. |
| 2:12-CV-06139 | Sandra Tirres, Rene Tirres v. American Medical Systems, Inc. |
| 2:12-CV-06353 | Alva LoGue v. American Medical Systems, Inc. |
| 2:12-CV-06674 | Lori Wallender, Daniel Wallender v. American Medical Systems, Inc. |
| 2:12-CV-07254 | Barbara J. Burke v. American Medical Systems, Inc. |
| 2:12-CV-08695 | Billie S. Wall v. American Medical Systems, Inc. |
| 2:12-CV-09166 | Mary Anne Cambon v. American Medical Systems, Inc. |
| 2:13-CV-01471 | Eva F. Ortiz v. American Medical Systems, Inc. |
| 2:13-CV-01582 | Donice Warner and Morris Warner v. American Medical Systems, Inc. |
| 2:13-CV-01600 | Donald Haygood, Individually and as Personal Representative of the Estate of Francis Fowler, deceased v. American Medical Systems, Inc. |
| 2:13-CV-02185 | Violet Meinders v. American Medical Systems, Inc. |
| 2:13-CV-02267 | Tiffany A. Jones, Joshua Jones v. American Medical Systems, Inc. |
| 2:13-CV-02333 | Tresia E. King v. American Medical Systems, Inc. |
| 2:13-CV-02584 | Christina T. Chavez, Tony F. Chavez v. American Medical Systems, Inc. |
| 2:13-CV-02794 | Stella Connor, Joe Anthony Connor v. American Medical Systems, Inc. |
| 2:13-CV-03107 | Jeanene J. Mitchell, Donald Mitchell v. American Medical Systems, Inc. |
| 2:13-CV-03147 | Joyce Huff v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-CV-03148 | Belinda Hurtado v. American Medical Systems, Inc. |
| 2:13-CV-03174 | Dortha J. Boling v. American Medical Systems, Inc. |
| 2:13-CV-03175 | Patricia E. Robinson and Gary W. Robinson v. American Medical Systems, Inc. |
| 2:13-CV-04081 | Laura Johns v. American Medical Systems, Inc. |
| 2:13-CV-04088 | Judith Hahn and Jeffrey Hahn v. American Medical Systems, Inc. |
| 2:13-CV-04285 | Bethann Anderson, Nathan Anderson v. American Medical Systems, Inc. |
| 2:13-CV-04297 | Wanda I. Flores and Celso Flores v. American Medical Systems, Inc. |
| 2:13-CV-04500 | Cathy Watts, Eugene Watts v. American Medical Systems, Inc. |
| 2:13-CV-04753 | Arlene Bair v. American Medical Systems, Inc. |
| 2:13-CV-04914 | Doris Campbell v. American Medical Systems, Inc. |
| 2:13-CV-05160 | Fayettia Sutton v. American Medical Systems, Inc. |
| 2:13-CV-05227 | Delena R. Cook v. American Medical Systems, Inc. |
| 2:13-CV-05263 | Jouhaina Moussa, Elias Moussa v. American Medical Systems, Inc. |
| 2:13-CV-05266 | Sandra Nunn, Bradley Nunn v. American Medical Systems, Inc. |
| 2:13-CV-05289 | Kimberly Terry, Luis Rivera, Jr. v. American Medical Systems, Inc. |
| 2:13-CV-05435 | Theresa L. Nelson v. American Medical Systems, Inc. |
| 2:13-CV-05436 | Ruth Childs v. American Medical Systems, Inc. |
| 2:13-CV-05869 | Roselia Cruz, Inocencio Cruz v. American Medical Systems, Inc. |
| 2:13-CV-05993 | Roberta A. Graffam, R. Lawrence Graffam v. American Medical Systems, Inc. |
| 2:13-CV-06040 | Betty Lou Hufflin v. American Medical Systems, Inc. |
| 2:13-CV-06429 | Judy Domec, Ronald Domec v. American Medical Systems, Inc. |
| 2:13-CV-06622 | Amee Harrington, James Harrington v. American Medical Systems, Inc. |
| 2:13-CV-07140 | Edwina Hensley v. American Medical Systems, Inc. |
| 2:13-CV-07182 | Kim Bolitho, Lee Bolitho v. American Medical Systems, Inc. |
| 2:13-CV-07243 | Rachael Gardner v. American Medical Systems, Inc. |
| 2:13-CV-07519 | Rita Rae Shemwell and Don Shemwell v. American Medical Systems, Inc. |
| 2:13-CV-07668 | Annette G. Felder v. American Medical Systems, Inc. |
| 2:13-CV-08122 | Aldelfa Rodriguez, Rene Albert Rodriguez v. American Medical Systems, Inc. |
| 2:13-CV-08449 | Shelia A. Watkins, Warner Mathis v. American Medical Systems, Inc. |
| 2:13-CV-08537 | Kathleen Ann Kirby v. American Medical Systems, Inc. |
| 2:13-CV-08548 | Barbara J. Lewis and John A. Lewis, Jr. v. American Medical Systems, Inc. |
| 2:13-CV-10357 | Sharon Moore Lee, Lowell David Lee v. American Medical Systems, Inc. |
| 2:13-CV-12327 | Joyce Pearson, Ronald Pearson v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-CV-12664 | Virginia Anne Boynton v. American Medical Systems, Inc. |
| 2:13-CV-12716 | Malinda B. Brazzell, Ben Brazzell v. American Medical Systems, Inc. |
| 2:13-CV-13047 | Sharon G. Clark, John K. Clark v. American Medical Systems, Inc. |
| 2:13-CV-14096 | Peggy Heddens v. American Medical Systems, Inc. |
| 2:13-CV-15390 | Amy Lynn Tucker v. American Medical Systems, Inc. |
| 2:13-CV-17590 | Martha S. Callahan, Tim Callahan v. American Medical Systems, Inc. |
| 2:13-CV-17648 | Phyllis Wakefield v. American Medical Systems, Inc. |
| 2:13-CV-17961 | Esmeralda Donnell, John Donnell v. American Medical Systems, Inc. |
| 2:13-CV-18057 | Heather Edwards v. American Medical Systems, Inc. |
| 2:13-CV-18302 | Cheryl Carter, Edward Carter v. American Medical Systems, Inc. |
| 2:13-CV-18343 | Barbie Turberville v. American Medical Systems, Inc. |
| 2:13-CV-18799 | Sonja Nelson, Jackson Nelson v. American Medical Systems, Inc. |
| 2:13-CV-18803 | Kathleen B. O'Dell, George T. O'Dell v. American Medical Systems, Inc. |
| 2:13-CV-20316 | Judy D. Cofield v. American Medical Systems, Inc. |
| 2:13-CV-20629 | Pauline Woody, Gary Woody v. American Medical Systems, Inc. |
| 2:13-CV-20631 | Marguerita High, Roger Gray v. American Medical Systems, Inc. |
| 2:13-CV-20633 | Cynthia B. Kruszewski, Herman Kruszewski v. American Medical Systems, Inc. |
| 2:13-CV-20652 | Maria Perez, Efren Perez Sr. v. American Medical Systems, Inc. |
| 2:13-CV-20657 | Cuc Tran, Nha Tran v. American Medical Systems, Inc. |
| 2:13-CV-20659 | Angela Ward v. American Medical Systems, Inc. |
| 2:13-CV-20888 | Diane Lantz v. American Medical Systems, Inc. |
| 2:13-CV-20889 | Hazel Nicholson, Clarence Nicholson v. American Medical Systems, Inc. |
| 2:13-CV-20891 | Mary Hadley Fillingim, Mike Fillingim v. American Medical Systems, Inc. |
| 2:13-CV-20896 | Amber M. Powers, Joseph Powers v. American Medical Systems, Inc. |
| 2:13-CV-20900 | Amanda Smith, Richard Smith v. American Medical Systems, Inc. |
| 2:13-CV-20903 | Kim Watkins, Mark Watkins v. American Medical Systems, Inc. |
| 2:13-CV-21171 | Cynthia M. Sims v. American Medical Systems, Inc. |
| 2:13-CV-21175 | Cruz Ybarra v. American Medical Systems, Inc. |
| 2:13-CV-21189 | Carla R. Roberts, Paul E. Roberts v. American Medical Systems, Inc. |
| 2:13-CV-21198 | Beleta June Powell, Crawford D. Powell v. American Medical Systems, Inc. |
| 2:13-CV-21199 | Betty Paddock v. American Medical Systems, Inc. |
| 2:13-CV-21228 | Cindy Gunn v. American Medical Systems, Inc. |
| 2:13-CV-21229 | Tari E. Santana v. American Medical Systems, Inc. |

| | |
|---|---|
| 2:13-CV-21273 | Sylvia McEachren, Neil McEachren v. American Medical Systems, Inc. |
| 2:13-CV-21274 | Maria Metcalf, Timothy Metcalf v. American Medical Systems, Inc. |
| 2:13-CV-21275 | Carmen Peralta, Moises Peralta v. American Medical Systems, Inc. |
| 2:13-CV-21790 | Darlene Gihle v. American Medical Systems, Inc. |
| 2:13-CV-21791 | Amy Estep, Dustin Estep v. American Medical Systems, Inc. |
| 2:13-CV-22320 | Dawn Menard, Jack Menard v. American Medical Systems, Inc. |
| 2:13-CV-22765 | Nancy Pipes v. American Medical Systems, Inc. |
| 2:13-CV-22882 | Hope Brewer v. American Medical Systems, Inc. |
| 2:13-CV-23168 | Shelly Reb v. American Medical Systems, Inc. |
| 2:13-CV-23808 | Loretta L. McFadden, Jeremy A. McFadden v. American Medical Systems, Inc. |
| 2:13-CV-24725 | Sandra Dalton v. American Medical Systems, Inc. |
| 2:13-CV-25370 | Esther Lois Davis, Lloyd J. Davis v. American Medical Systems, Inc. |
| 2:13-CV-25773 | Debra A. Hodge, Scott A. Hodge v. American Medical Systems, Inc. |
| 2:13-CV-26065 | Frances Lynch v. American Medical Systems, Inc. |
| 2:13-CV-26183 | Tangie S. Sutton, Individually and as Personal Representative of the Estate of Geneva M. Sutton, Deceased v. American Medical Systems, Inc. |
| 2:13-CV-26761 | Brenda L. Rogers v. American Medical Systems, Inc. |
| 2:13-CV-27322 | Cathy H. Smith v. American Medical Systems, Inc. |
| 2:13-CV-27900 | Trevor J. Ingram v. American Medical Systems, Inc. |
| 2:13-CV-28605 | Vivian Jamerson v. American Medical Systems, Inc. |
| 2:13-CV-29250 | Marta Vazquez, Angel Vazquez v. American Medical Systems, Inc. |
| 2:13-CV-29925 | Wanda Robertson v. American Medical Systems, Inc. |
| 2:13-CV-29926 | Carolynn Rector v. American Medical Systems, Inc. |
| 2:13-CV-30009 | Veronica Villarreal, Daniel Villarreal v. American Medical Systems, Inc. |
| 2:13-CV-30011 | Janann W. Vinson v. American Medical Systems, Inc. |
| 2:13-CV-30074 | Patti Perkins v. American Medical Systems, Inc. |
| 2:13-CV-30164 | Evelyn J. Jackson, Michael E. Jackson v. American Medical Systems, Inc. |
| 2:13-CV-30636 | Trudy L. Jones v. American Medical Systems, Inc. |
| 2:13-CV-32441 | Nancy F. Parks, Robert D. Parks v. American Medical Systems, Inc. |
| 2:13-CV-32935 | Jo Rea Williams, Stanford Williams v. American Medical Systems, Inc. |
| 2:13-CV-33685 | Carolyn Geary v. American Medical Systems, Inc. |
| 2:13-CV-33754 | Armegine Lee v. American Medical Systems, Inc. |
| 2:14-CV-01610 | Ana M. Morsy v. American Medical Systems, Inc. |
| 2:14-CV-01618 | Jeanette Marie Oldfield v. American Medical Systems, Inc. |
| 2:14-CV-07353 | Dianna G. Tucker, John J. Tucker v. American Medical Systems, |

| | |
|---|---|
| | Inc. |
| 2:14-CV-08338 | Margaret Rogers v. American Medical Systems, Inc. |
| 2:14-CV-10267 | Wilma Gravely, Hugh Brown v. American Medical Systems, Inc. |
| 2:14-CV-10276 | Melissa Gutierrez v. American Medical Systems, Inc. |
| 2:14-CV-10424 | Dottie J. Haas v. American Medical Systems, Inc. |
| 2:14-CV-10428 | Elsa I. Jaime v. American Medical Systems, Inc. |
| 2:14-CV-10430 | Judy Johnson v. American Medical Systems, Inc. |
| 2:14-CV-10460 | Christina Buchmann, Jeremy Buchmann v. American Medical Systems, Inc. |
| 2:14-CV-10480 | Darrell Keith Brandon, as Personal Representative of the Estate of Connie S. Brandon, deceased v. American Medical Systems, Inc. |
| 2:14-CV-10545 | Sheila Clark, Jon Clark v. American Medical Systems, Inc. |
| 2:14-CV-10911 | Kathleen J. Connors, Michael Connors v. American Medical Systems, Inc. |
| 2:14-CV-11421 | Sherry S. Busse v. American Medical Systems, Inc. |
| 2:14-CV-11492 | Devonna Esslinger, Thomas Esslinger Sr. v. American Medical Systems, Inc. |
| 2:14-CV-11495 | Jean Dufresne, Robert Dufresne v. American Medical Systems, Inc. |
| 2:14-CV-11559 | Linda L. Davis, Willie Davis v. American Medical Systems, Inc. |
| 2:14-CV-11622 | Sandy Roes, James Roes v. American Medical Systems, Inc. |
| 2:14-CV-11661 | Kathryn Pickler v. American Medical Systems, Inc. |
| 2:14-CV-11802 | Kimberly Bussard, Bryan Bussard v. American Medical Systems, Inc. |
| 2:14-CV-11834 | Patricia A. Cranney v. American Medical Systems, Inc. |
| 2:14-CV-11981 | Joyce Griggs v. American Medical Systems, Inc. |
| 2:14-CV-11983 | Rebecca Atteberry, David Atteberry v. American Medical Systems, Inc. |
| 2:14-CV-12327 | Geraldine Frank v. American Medical Systems, Inc. |
| 2:14-CV-12328 | Elizabeth Andrews, John H. Andrews v. American Medical Systems, Inc. |
| 2:14-CV-12330 | Teresa R. Garrett v. American Medical Systems, Inc. |
| 2:14-CV-12771 | Stacey Ingargiola v. American Medical Systems, Inc. |
| 2:14-CV-13598 | Holly F. Mains v. American Medical Systems, Inc. |
| 2:14-CV-14798 | Melinda Dawn Dollar v. American Medical Systems, Inc. |
| 2:14-CV-14799 | Lisa Rynes v. American Medical Systems, Inc. |
| 2:14-CV-15028 | Mary Louise Strange v. American Medical Systems, Inc. |
| 2:14-CV-15511 | Annette Whitley, Vernon C. Whitley v. American Medical Systems, Inc. |
| 2:14-CV-17235 | Bonnie Gilliam, Carl Gilliam v. American Medical Systems, Inc. |
| 2:14-CV-18045 | Yolanda Hightower v. American Medical Systems, Inc. |